## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **CASE NO. 2:20-MJ-256-KFP** |
| | ) | |
| JACOB STANFORD | ) | |

### WAIVER OF PERSONAL APPEARANCE AND CONSENT
### TO CONDUCT INITIAL APPEARANCE AND SUBSEQUENT HEARINGS
### BY VIDEO TELECONFERENCE

Due to outbreak of Coronavirus Disease 2019 (COVID-19), which has resulted in the President of the United States' declaring a national emergency and the Governor of Alabama's declaring a state public health emergency, and pursuant to Rule 5(f) of the Federal Rules of Criminal Procedure, the Defendant hereby waives the right to attend his initial appearance in person and consents to having the initial appearance conducted by video teleconference.

Defendant further states he is aware that, pursuant to 18 U.S.C. § 3142(f) and Rules 5, 10 and/or 32.1 of the Federal Rules of Criminal Procedure, he has the right to, as applicable, to a detention hearing and/or preliminary hearing,  in person.  However, because of the national emergency, Mr. Stanford hereby waives the right to attend such hearings in person and consents to having his initial appearance and subsequent hearings conducted by video teleconference.

_____
DEFENDANT'S SIGNATURE

Oct 27, 2020
_____
DATE

_____
ATTORNEY FOR DEFENDANT
Stephen P. Ganter
Middle District of Alabama Federal Defender Program
Bar No. TX 24003732
817 S. Court Street
Montgomery, Alabama 36104
Tel: 334-834-2099  Fax: 334-834-0353
email address:stephen_ganter@fd.org

Oct 27, 2020
_____
DATE